DANIEL G. BOGDEN
United States Attorney
KATHLEEN BLISS
Assistant United States Attorney
AVNER SHAPIRO
Trial Attorney, Civil Rights Division
Department of Justice
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702) 388-6336 / Fax: (702) 388-5087

FILED ___ ENTERED ___ RECEIVED ___ SERVED ON
COUNSEL/PARTIES OF RECORD
AUG 10 2010
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ___ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL INDICTMENT |
| PLAINTIFF, | 2:10-CR-414 |
| vs. | VIOLATIONS: |
| MELISSA HACK, | 18 U.S.C. 1001-False Statement |
| DEFENDANT. | |

**THE GRAND JURY CHARGES THAT:**

1. The Federal Bureau of Investigation ("FBI") is an agency of the United States that is charged with, among other things, investigating federal crimes, including federal civil rights crimes and murders committed within the territorial jurisdiction of the United States.

2. On or about June 16, 2010, in the State and Federal Judicial District of Nevada,

**MELISSA HACK,**

defendant herein, in a matter within the jurisdiction of the executive branch of the United States, did willfully and knowingly make materially false statements and representations; specifically, in response to an FBI agent's request that **HACK** provide the government

1  HACK's cell phone, **HACK** represented that **HACK** could not provide said cell phone
2  because it was at **HACK**'s workplace, when in truth and in fact, as **HACK** well knew, **HACK**'s
3  cell phone was readily available to **HACK** where **HACK** had left it in a car parked nearby.
4  All violation of Title 18, United States Code, Section 1001.
5  DATED: this __10__ day of August 2010.
6  **A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

KATHLEEN BLISS
Assistant United States Attorney

AVNER SHAPIRO
Trial Attorney, Civil Rights Division
Department of Justice

2