DANIEL G. BOGDEN
United States Attorney
KATHLEEN BLISS
Assistant United States Attorney
PATRICIA A. SUMNER
Trial Attorney, Civil Rights Division
Department of Justice
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702) 388-6336 / Fax: (702) 388-5087

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) 2:10-cr-00414(PMP)RJJ |
| MELISSA HACK, | ) MOTION TO DISMISS |
| Defendant. | ) |

The United States of America hereby moves to dismiss without prejudice, pursuant to Fed. R. Crim. P. 48(a), the instant case.

DATED this __7th__ day of March 2012.

DANIEL G. BOGDEN
United States Attorney


 //s// Kathleen Bliss
Assistant United States Attorney

PATRICIA A. SUMNER
Trial Attorney, Civil Right Division
Department of Justice

. . .

. . .

IT IS SO ORDERED this _ 7th day of March, 2012.

_____
PHILIP M. PRO
United States Senior District Court Judge